ACCEPTED
04-16-00423-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/15/2016 2:01:44 PM
KEITH HOTTLE
CLERK



## State Counsel for Offenders

A Division of Texas Department of Criminal Justice

P.O. Box 4005
Huntsville, TX 77342-4005
(936) 437-5203

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

08/15/2016 2:01:44 PM

KEITH E. HOTTLE
Clerk

August 15, 2016

Fourth Court of Appeals
Keith Hottle, Clerk of the Court
300 Dolorosa, Suite 3200
San Antonio, TX 48205

**Via E-File**

**RE:** *In Re Commitment of Stephen Patrick Black*
Appeal Cause No. 04-16-00423-CV
Trial Cause No. 15-1805-CV

Dear Mr. Hottle:

This letter serves as a formal notice that the following attorney will be replacing Mr. Kenneth Nash as the designated lead attorney in the above-referenced cause of action only for purposes of appealing the trial court's civil commitment judgment and order:

Teresa Simpson Dunsmore
State Bar of Texas No. 00794640
P.O. Box 4005
Huntsville, Texas 77342-4005
Phone: (936) 437-5252
Fax: (936) 437-5279
Email: teresa.dunsmore@tdcj.texas.gov

If you have any questions, please do not hesitate to contact me.

Sincerely,
/s/ Kenneth Nash                                    /s/ Teresa Simpson Dunsmore
Kenneth Nash                                         Teresa Simpson Dunsmore
Appellate Attorney                                  Appellate Attorney

cc:    Melinda Fletcher                                **VIA: E-Serve**
          Special Prosecution Unit

          Stephen Black
          TDCJ #1379049
          Estelle Unit
          (E2/032)